UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NAVATAR GROUP, INC., : 21-Cr-1255 (SHS)

       Plaintiff, :

   -v- : ORDER

DEALCLOUD, INC., :

       Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    A conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that,

    1.    For the reasons set forth on the record, defendant's motion to dismiss [Doc. No. 11], is granted without prejudice;

    2.    Plaintiff's motion for leave to amend the complaint [Doc. No. 15], is granted;

    3.    Plaintiff shall file an amended complaint on or before April 8, 2022;

    4.    Defendant shall answer or move in response to the amended complaint on or before April 22, 2022;

Dated: New York, New York
       March 23, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.