**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NAVATAR GROUP, INC.,

                Plaintiff,

-against-                                    21 **CIVIL** 1255 (SHS)

**JUDGMENT**

DEALCLOUD, INC.,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 7, 2023, DealCloud's motion to dismiss the Amended Complaint is granted.

**Dated:** New York, New York

      February 8, 2023

                                                                            **RUBY J. KRAJICK**

                                                                            **Clerk of Court**

                                      **BY:**        *K. Mango*

                                                                            **Deputy Clerk**